1 | Eugene B. Elliot, SBN 111475
2 | Michael C. Wenzel, SBN 215388
  | BERTRAND, FOX & ELLIOT
3 | The Waterfront Building
  | 2749 Hyde Street
4 | San Francisco, California 94109
  | Telephone:   (415) 353-0999
5 | Facsimile:    (415) 353-0990

6 | Attorneys for Defendant
  | CONTRA COSTA COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER BENKO and DANIEL CRUZ,           )  Case No.:  CV-10-04943 JCS
                                       )
              Plaintiff,               )  **STIPULATION FOR EXTENSION OF**
         vs.                           )  **TIME TO FILE RESPONSIVE PLEADING**
                                       )
CONTRA COSTA COMMUNITY COLLEGE         )  Dated: 1/24/11
DISTRICT,                              )
                                       )
              Defendant.               )
                                       )

*IT IS SO ORDERED*
Judge Joseph C. Spero

**IT IS HEREBY STIPULATED** by and between plaintiffs PETER BENKO and DANIEL CRUZ, and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT, through their respective undersigned counsel, that defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT shall have an extension of time through and including January 28, 2011, within which to file a responsive pleading to Plaintiff's Complaint for Equitable Relief and Damages [Employment Discrimination].

Dated:  January 21, 2011                              Dated:  January 21, 2011

SUNDEEN, SALINA & PYLE                                BERTRAND, FOX & ELLIOT

 */s/ Hunter Pyle*                                      */s/ Michael C. Wenzel*
By:  Hunter Pyle                                      By:  Michael C. Wenzel,
     Emily Bolt                                            Attorneys for Defendant CONTRA COSTA
     Attorneys for Plaintiffs PETER BENKO and              COMMUNITY COLLEGE DISTRICT
     DANIEL CRUZ

---
1
STIPULATION TO EXTENSION OF TIME TO FILE RESPONSIVE PLEADING
*Benko, et al. v. Contra Costa Community College District*
U.S.D.C. Case No. CV-10-04943 JCS