Eugene B. Elliot, SBN 111475
Michael C. Wenzel, SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:  (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendant
CONTRA COSTA COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BENKO and DANIEL CRUZ,<br><br>    Plaintiff,<br> vs.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT,<br><br>    Defendant. | Case No.:  CV-10-04943 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES** |

**IT IS HEREBY STIPULATED** by and between plaintiffs PETER BENKO and DANIEL CRUZ, and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT, through their respective undersigned counsel, that the deadline for the exchange of initial disclosures shall be February 11, 2011.

On November 1, 2010, the complaint was filed and a scheduling order setting initial case management deadlines was created. Pursuant to that scheduling order, the deadline for the parties to exchange initial disclosures was February 4, 2011.

Defendant was served on November 9, 2010.  Pursuant to an agreement of counsel, defendant did not file its responsive pleading to the complaint until January 28, 2011. The parties have met and conferred on two separate occasions regarding the exchange of initial disclosures. Plaintiffs' lawsuit against the DISTRICT implicates decisions made by the DISTRICT following budgetary cuts at each College within the DISTRICT, and the collection and review of said documents is time consuming

and extensive.

Defense counsel has expressed concern with the present initial disclosure deadline in that it will not be in position to locate and identify all potential documents appropriate for disclosure within the time presently ordered.

For that reason, the parties have stipulated, subject to this Court's approval, to extend the deadline to exchange initial disclosures through February 18, 2011.

It is therefore respectfully requested that the time to exchange initial disclosures be modified from this Court's initial scheduling order such that disclosures shall be exchanged on February 18, 2011.

The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

Dated:  February 4, 2011

SUNDEEN, SALINA & PYLE

____/s/ Hunter Pyle_____
By:  Hunter Pyle
     Emily Bolt
     Attorneys for Plaintiffs
     PETER BENKO and DANIEL CRUZ

Dated:  February 4, 2011

BERTRAND, FOX & ELLIOT

____/s/ Michael C. Wenzel_____
By:  Michael C. Wenzel,
     Attorneys for Defendant
     CONTRA COSTA
     COMMUNITY COLLEGE DISTRICT

STIPULATION FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES
*Benko, et al. v. Contra Costa Community College District*
U.S.D.C. Case No. CV-10-04943 JCS

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the stipulation to continue the date to exchange initial disclosures in this matter from February 4, 2011 to February 18, 2011 is GRANTED.

IT IS SO ORDERED.

DATED: Feb. 7, 2011

_____
UNITED STATES MAGISTRATE JUDGE



STIPULATION FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES
*Benko, et al. v. Contra Costa Community College District*
U.S.D.C. Case No. CV-10-04943 JCS