Hunter Pyle, SBN 191125
Emily Bolt, SBN 253109
SUNDEEN SALINAS & PYLE
428 13th Street, 8th Floor
Oakland, California  94612

Telephone: (510) 663-9240
Facsimile: (510) 663-9241

hpyle@ssrplaw.com, ebolt@ssrplaw.com

Attorneys for Plaintiffs
PETER BENKO and DANIEL CRUZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BENKO and DANIEL CRUZ, <br><br>           Plaintiff, <br>     vs. <br><br> CONTRA COSTA COMMUNITY COLLEGE DISTRICT, <br><br>           Defendant. | Case No.:  CV-10-04943 JCS <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER  DENYING REQUESTING ADDITIONAL TIME TO COMPLETE MEDIATION AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiffs PETER BENKO and DANIEL CRUZ (collectively "Plaintiffs") and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT ("Defendant") submit the following stipulation and proposed order regarding additional time to complete mediation and continuance of the June 10, 2011 case management conference.

**STIPULATION**

At the initial case management conference on February 11, 2011, Plaintiffs and Defendant requested 180 days to complete mediation.  The Court denied this request, ordered mediation to be completed within 120 days, and ordered discovery be limited to written discovery and depositions of the two plaintiffs and two to three key decision makers for defendants.

Since that date, the parties have diligently moved forward with this case. Among other things, the parties have conducted an initial call with the mediator, set a mediation date (June 7, 2011), propounded written discovery, and scheduled four depositions to occur in May 2011.

The depositions that have been calendared include the two Plaintiffs, as well as two of Defendant's decision makers. Plaintiffs and Defendant agree that unless these depositions are taken, the mediation is unlikely to be successful.

In late April 2011, Sundeen Salinas & Pyle, the law firm representing the Plaintiffs, learned that the associate who was preparing to defend the Plaintiffs' depositions and to take one or more of the Defendants' depositions, would be resigning effective May 6, 2011. This situation will make it extremely difficult for Sundeen Salinas & Pyle to complete the noticed depositions prior to the mediation date.

Accordingly, the parties are in agreement that a brief continuance of the mediation completion date for the sole purpose of completing the discovery previously authorized by the Court and described above is warranted. The parties hereby jointly request that the mediation completion date be continued from June 11, 2011, to August 10, 2011. If the Court is amenable to this continuance, then it may also wish to continue the case management conference that is set for June 10, 2011, at 1:30 p.m., to a date after August 10, 2011.

SO STIPULATED

Dated: April 28, 2011                                SUNDEEN, SALINA & PYLE

                                                     /S/_____
                                                     By: Hunter Pyle
                                                     Attorneys for Plaintiffs
                                                     PETER BENKO and DANIEL CRUZ


Dated: April 28, 2011                                BERTRAND, FOX & ELLIOT

                                                     /S/_____
                                                     By: Eugene Elliot
                                                     Michael Wenzel
                                                     Attorneys for Defendant
                                                     CONTRA COSTA
                                                     COMMUNITY COLLEGE DISTRICT

2

**STIPULATION AND REQUEST FOR ADDITIONAL TIME TO COMPLETE MEDIATION**
*Benko, et al. v. Contra Costa Community College District*
U.S.D.C. Case No. CV-10-04943 JCS

1  **ORDER**

2  For the reasons set forth in the preceding Stipulation, IT IS HEREBY ORDERED THAT:

3  The mediation completion date is continued from June 11, 2011, to August 10, 2011.

4  The case management conference that is set for June 10, 2011, at 1:30 p.m is continued to

5  _____, 2011, at _____.

6  IT IS SO ORDERED.

7  Dated: May 2, 2011

8  _____
JOSEPH [C. SPERO]
9  United States [Magistrate Judge]

*[Stamp: DENIED — Judge Joseph C. Spero, United States District Court, Northern District of California]*