**HUNTER PYLE, SBN 191125**
SUNDEEN SALINAS & PYLE
428 13th Street, 8th Floor
Oakland, California 94612

Telephone: (510) 663-9240
Facsimile: (510) 663-9241

hpyle@ssrplaw.com

Attorneys for Plaintiffs
PETER BENKO and DANIEL CRUZ

**EUGENE B. ELLIOT, SBN 111475**
**MICHAEL C. WENZEL, SBN 215388**
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109

Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant
CONTRA COSTA COMMUNITY COLLEGE DISTRICT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER BENKO and DANIEL CRUZ,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT,<br><br>　　　　　Defendant. | Case No.: CV-10-04943 JCS<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON** |

**STIPULATION**

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiffs PETER BENKO and DANIEL CRUZ, by and through their attorneys of record, and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: August 30, 2011                             SUNDEEN SALINAS & PYLE

                                                   By:_/S/_____
                                                           Hunter Pyle

                                                   Attorneys for Plaintiffs
                                                   PETER BENKO and DANIEL CRUZ

Dated: August 30, 2011                             BERTRAND, FOX & ELLIOT

                                                   By:_/S/_____
                                                           Michael C. Wenzel

                                                   Attorneys for Defendant
                                                   CONTRA COSTA COMMUNITY COLLEGE
                                                   DISTRICT

1  **ORDER**

2    The Court having read and considered the foregoing stipulation, and good cause appearing, this

3 action is dismissed with prejudice, each party to bear its own attorneys fees and costs.

4    IT IS SO ORDERED

6 Dated: 08/31/11

7 _____
HON. JOSEPH
United States



25

**BENKO ET AL. v. CCCCD**
**STIPULATION FOR DISMISSAL OF COMPLAINT PER FRCP 41(A)(2) AND ORDER**
Case No.: CV-10-04943 JCS
-3-